UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WASSIM M. YOUNES, M.D., R.Ph., and
WASSIM M. YOUNES, M.D., P.L.C.,                    Case No. 15-11225

    Plaintiffs,                                    Honorable John Corbett O'Meara

v.

SYLVIA M. BURWELL, *et. al.*,

    Defendants.
                                          /

**ORDER DENYING**
**PLAINTIFFS' APRIL 3 2015 EMERGENCY MOTION FOR RECONSIDERATION**

This matter came before the court on Plaintiffs' April 3, 2015 Emergency Motion for Reconsideration. No response was filed, and no oral argument was heard. Local Rule 7.1(h)(2). Plaintiffs seek seek reconsideration of the court's April 2, 2015 Opinion and Order Denying Plaintiffs' Motion for Temporary Restraining Order and Dismissing Case.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

In this case Plaintiffs' emergency motion for reconsideration "merely present[s] the same issues ruled upon by the court, either expressly or by reasonable implication." Plaintiffs have failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled." Accordingly, the court must deny the motion.

## **ORDER**

It is hereby **ORDERED** that Plaintiffs' April 3, 2015 Emergency Motion for Reconsideration is **DENIED.**

Date: April 13, 2015              s/John Corbett O'Meara
                                  United States District Judge


I hereby certify that on April 13, 2015 a copy of this order was served upon counsel of record using the Court's ECF system.

                                  s/William Barkholz
                                  Case Manager